LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
NAKESHA S. DUNCAN, ESQ.
Nevada Bar No. 11556
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Telephone: (702) 804-0706
Facsimile: (702) 804-0798
E-Mail: *lfink@springelfink.com*
*nduncan@springelfink.com*

Attorneys for Defendants,
*SECURITAS SECURITY SERVICES USA, INC.
and WAL-MART STORES, INC. d/b/a
WALMART SUPERCENTER #3473*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| EDDIE HERNANDEZ, | Case No.: 2:16-cv-02917 |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DISCOVERY** |
| WAL-MART STORES, INC. d/b/a WALMART SUPERCENTER #3473; SECURITAS SECURITY SERVICES USA, INC.; UNKNOWN SECURITY GUARD; DOES 1-V, inclusive; ROE BUSINESS ENTITIES I-V, inclusive, | **[THIRD REQUEST]** |
| Defendants. | |

The parties, by and through their respective, undersigned, attorneys of record, hereby submits this Stipulation and Order to Extend Discovery Deadlines, as detailed below.

Pursuant to LR IA 6-1, this is the third stipulation for extension of time for discovery submitted by the parties. Pursuant to LR II 26-4, the parties agree to extend the remaining discovery deadlines to allow each party to complete the remaining, necessary discovery. As the parties wish to conduct mediation, good cause exists to allow the parties additional time to conduct the remaining discovery, including depositions.

**A. Discovery Completed**

The following discovery has been completed:

1. Plaintiff and Defendants have exchanged FRCP 26 disclosures of witnesses and documents, and supplements thereto.
2. Defendant SECURITAS SECURITY SERVICES USA, INC. has propounded written discovery upon Plaintiff.
3. Plaintiff has propounded written discovery upon Defendants.
4. Defendants have responded to Plaintiff's written discovery.
5. Plaintiff has responses to Defendants' written discovery.
6. An independent medical examination of Plaintiff has been completed.
7. Defendants have disclosed their initial expert witness.

**B. Discovery that Remains to Be Completed**

1. Designation of Plaintiff's initial expert witnesses.
2. Designation of rebuttal expert witnesses.
3. Deposition of Plaintiff.
4. Deposition of Defendants' FRCP 30(b)(6) witnesses.
5. Depositions of Plaintiff's treating physicians, if necessary.
6. Depositions of experts.
7. Additional written discovery, if necessary.

**C. Reason Why Remaining Discovery Was Not Completed**

Now, that the majority of discovery has been completed, the parties wish to engage in mediation, in an attempt to settle this matter. Pursuant to the parties' and their clients' schedules, they are working to schedule mediation in January 2018. This third extension will ensure that the parties have time to disclosure appropriate experts and schedule and take necessary depositions, prior to trial. It will also ensure that the parties do not waste unnecessary litigation money on expert reports and/or depositions, if this matter is able to be settled at mediation. Based on the foregoing, good cause exists to extend the remaining discovery deadlines.

///

**D. Proposed Schedule**

The parties propose the following extended schedule:

| Discovery to be Completed | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Initial expert disclosures | October 16, 2017 | February 16, 2017 ~~7~~ 8 |
| Rebuttal expert disclosures | November 15, 2017 | March 16, 2017 ~~7~~ 8 |
| Close of Discovery | December 17, 2017 | April 16, 2018 |
| Dispositive motions | January 16, 2017 | May 16, 2018 |
| Pre-Trial Order | February 15, 2018 | June 15, 2018 |

IT IS SO STIPULATED.

DATED this 16th day of November, 2017.          DATED this 16th day of November, 2017.

SPRINGEL & FINK LLP                              GAZDA & TADAYON

/s/ Nakesha S. Duncan, Esq.                      /s/ Lewis Gazda, Esq.
_____                  _____
LEONARD T. FINK, ESQ.                            LEWIS GAZDA, ESQ.
Nevada Bar No. 6296                              Nevada Bar No. 4269
NAKESHA S. DUNCAN, ESQ.                          AFSHIN TADAYON, ESQ.
Nevada Bar No. 11556                             Nevada Bar No. 6517
10655 Park Run Drive, Suite 275                  2600 South Rainbow Blvd., Suite 200
Las Vegas, Nevada 89144                          Las Vegas, NV 89146

**ORDER**

Based on the parties' stipulation [ ] and good cause appearing, IT IS HEREBY ORDERED that the remaining discovery deadlines are extended pursuant to the parties' stipulation.

Dates this 17th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

If dispositive motions are filed, the deadline
for filing the joint pretrial order will be suspended until 30 days after
decision on the dispositive motions or further court order.